**APPENDIX- UNDERTAKING FOR CONFIDENTIALITY AGREEMENT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FRANKIE VALENTI,                                                                    19-cv-3990 (GRB) (AKT)

                                                Plaintiff,


        -        against   -


POLICE COMMISSIONER PATRICK J. RYDER,
individually, LIEUTENANT MARC TIMPANO,
individually, CHRISTOPHER V. TODD, ESQ.,
individually, OFFICERS "JOHN DOE" 1-2
(fictitiously named) individually, and
THE COUNTY OF NASSAU,

                                                Defendants.
-----------------------------------------------------------------------X
I, _____ , state the following:

1. I have read and understand the attached Confidentiality Agreement (the "Agreement"), and I attest to my understanding that access to information designated as "Confidential" may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Agreement. I agree to be bound to the terms of the Agreement, both with respect to this Court's powers of supervision of the litigation of the above-captioned case and to the party that produced the protected documents and information.

2. I shall not use or disclose to others, except in accordance with the Agreement, any "Confidential" documents or information. If I fail to abide by the terms of this confidentiality Agreement, I understand that I shall be subject to sanctions by way of contempt of court and to separate legal and equitable recourse by the adversely affected party. I further consent to the exercise of personal jurisdiction by this Court and waive any objection as to venue in connection with any effort to enforce this Confidentiality Agreement.

Date: _____
Signature: _____
Printed Name: _____