# Exhibit 17

Nassau County  Police Department

## LONG GUN REVIEW RECORD

**WARNING:** You may not possess a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from possessing a firearm. Certain violations of the Gun Control Act, 18 U.S.C. Section 921 et. seq., are punishable by up to 10 years imprisonment and/ or up to a $250,000 fine.

Under Penal Law 210.45, a person is guilty of making a punishable false written statement when that person knowingly makes a false statement, which he or she does not believe to be true, in a written instrument bearing a legally authorized form notice to the effect that false statements made therein are punishable.

CASE REPORT NUMBER:

| LAST NAME | FIRST NAME | MIDDLE NAME | MALE ☑ FEMALE ☐ |
|---|---|---|---|
| VALENTI | FRANKIE | | |

| NUMBER AND STREET ADDRESS | TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 2394 NARRAGANSET AVENUE | SEAFORD | NY | 11783 |

| BEST PHONE NUMBER TO CONTACT | EMAIL ADDRESS | PLACE OF BIRTH: U.S. CITY AND STATE OR FOREIGN COUNTRY | SOCIAL SECURITY NUMBER | BIRTH DATE |
|---|---|---|---|---|
| [redacted] | ntorczyner@HKPLAW.com | BROOKLYN, NY | [redacted] | |

Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of each question.

| | | Yes | No |
|---|---|---|---|
| 1a. | Have you ever been convicted of a crime? | ☐ | ☑ |
| 1b. | If so, what crime? | | |
| 2. | Are you a subject of an Order of Protection or restraining order? | ☐ | ☑ |
| 3. | Has a court, board, commission, or other lawful authority ever determined you to be a danger to yourself or to others OR determined you to be incompetent to manage your own affairs? | ☐ | ☑ |
| 4. | Have you ever been committed to a psychiatric care facility? | ☐ | ☑ |
| 5. | Have you ever had a pistol permit suspended or revoked? | ☑ | ☐ |
| 6. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? | ☐ | ☑ |
| 7a. | Are you a US citizen? | ☑ | ☐ |
| 7b. | If not, what is your country of citizenship? | | |

| | Yes | No |
|---|---|---|
| I request that my long gun be returned to me. | ☑ | ☐ |

I plan to do the following with my long gun: ☐ retain  ☐ dispose of  ☐ sell  ☐ transfer

### CERTIFICATION

I certify that the above information is correct to the best of my knowledge.

Signature: [signed]  Date: 9/17/19

PDCN 173 - Rev. 12/18