Exhibit 19

| | | |
|---|---|---|
| **Nassau County** |  | **Police Department** |
| LAURA CURRAN<br>COUNTY EXECUTIVE | 1490 Franklin Avenue<br>Mineola, New York 11501<br>(516) 573-8800 | PATRICK J. RYDER<br>COMMISSIONER |

# Notice of Final Determination

October 21, 2019

Neil Torczyner
Harfenist Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042

      Re:    Appeal of NCPD Adverse Determination (LB 1189-2019)
               Frankie Valenti – Surrender and Retention of Longarms

Dear Counselor:

      Enclosed please find a copy of the written Findings and Recommendation prepared by Christopher V. Todd, Appeals Officer of the Nassau County Police Department, along with all relevant documentation submitted by you in support of the appeal of the Department's decision to maintain possession of the longarms of your client, Frankie Valenti, following his arrest on July 16, 2018. The Appeals Officer's correspondence recommends that the Department's decision be upheld.

      Following a thorough review of the Appeals Officer's correspondence and the aforementioned record, I concur with the recommendation and conclude that: (1) the Department appropriately required your client to surrender his longarms; and (2) the Department appropriately retained possession of your clients longarms. With the enclosed documentation, you have the complete administrative record supporting the final determination to uphold the Department's decision to maintain possession of your clients longarms.

      Please be advised that within one hundred twenty (120) days of your receipt of this Notice, a civil action seeking forfeiture of your client's longarms will be commenced in accordance with Nassau County Administrative Code § 8-7.0. Your client has the ability to arrange for the removal of his longarms by transferring ownership to a properly licensed individual, selling the longarms to a licensed gun dealer, or requesting that the longarms be destroyed. Please have your client contact the Pistol License Section at (516) 573-7559 or the Property Bureau at (516) 573-7641 to arrange for appropriate action to be taken.

      Sincerely,

      Patrick J. Ryder
      Commissioner