**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

October 2, 2023

<u>Via Overnight Delivery</u>
Honorable Gary R. Brown
United States District Court
100 Federal Plaza/Central Islip, New York 11722

                           Re  *Frankie Valenti v. Police Commissioner Patrick J. Ryder, et al..*
                              <u>19-CV-03990 (GRB)(LGD)</u>

Your Honor:

      This office represents Defendants in the above referenced action. Defendants have moved for summary judgment, and plaintiff has cross-moved for partial summary judgment. Enclosed please find courtesy copies for Chambers of the following documents encompassing defendants' motion, and opposition to plaintiff's cross-motion:

      1. Defendants' Notice of Motion, Declaration of Ralph J. Reissman, and exhibits "A" through "Q"

      2.  Defendants' Rule 56.1 Statement in support of motion for summary judgment

      3. Affidavit of Christopher V. Todd, Deputy Chief of the Nassau County Police Department's Legal Bureau, in support of Defendants' motion for summary judgment

      4. Defendants' Memorandum of Law in support of motion for summary judgment

      5. Defendants' Response to Plaintiff's Rule 56.1 Statement, with Counterstatement

      6. Defendants' Reply Memorandum of Law in further support of defendants' motion for summary judgment, and in opposition to Plaintiff's Cross-Motion for summary judgment

      Thank Your Honor for your attention and consideration in this matter.

                                                  Respectfully submitted,

                                                  /s/  Ralph J. Reissman
                                                  RALPH J. REISSMAN
                                                  Deputy County Attorney

cc:   Neil Torczyner, Esq.
      Attorney for Plaintiff
      w/out Enclosures (Via ECF)