UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **July 30, 2025** |
| **TIME:** | **2:30PM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **19-CV-3990 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Valenti v. Ryder et al |
| **FOR PLAINTIFF(S):** | Steven J. Harfenist |
| **FOR DEFENDANT(S):** | Victoria LaGreca |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM SETTLEMENT CONFERENCE:

Case not settled. Plaintiff and Defendants met and conferred. Defendants advised that they will not be moving for summary judgment. By **8/8/2025**, Plaintiff shall file a Pre Motion Conference letter with Judge Brown on Plaintiff's anticipated motion for summary judgment.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge