BRUCE A. BLAKEMAN  
COUNTY EXECUTIVE



THOMAS A. ADAMS  
COUNTY ATTORNEY

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

August 28, 2025

Honorable Gary R. Brown | District Court Judge  
United States District Court for the Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      **RE:**    *Frankie Valenti v. Ryder et al.*  
                *Method of Service: ECF*  
                Case No.: 19-CV-03990 (GRB)(LGD)

Dear Honorable Judge Brown:

The undersigned writes this letter to the Court as the attorney representing County Defendants. Ralph Reissman was previously employed as a Deputy County Attorney with the Office of the Nassau County Attorney. Consequently, he appeared as an attorney for defendants. Ralph Reissman recently retired as a Nassau County employee and Deputy County Attorney.

I hereby request this Court terminate Mr. Reissman's appearance or otherwise relieve him as the attorney for County Defendants. The undersigned and the Office of the Nassau County Attorney continue to represent defendants herein.

Thank you.

                                                Respectfully,

                                                *Victoria LaGreca*  
                                                _____  
                                                Victoria LaGreca, Esq.  
                                                Deputy County Attorney  
                                                *Attorney for County Defendants*  
                                                vlagreca@nassaucountyny.gov  
                                                516-571-5775