**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

February 20, 2026

**VIA NYSCEF**
Honorable Judge Lee G. Dunst
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Valenti v. Ryder, et al., Docket No. **2:19-cv-03990-GRB-LGD**

Dear Judge Dunst,

Please be advised that the following attorneys are no longer with the Litigation & Appeals Bureau of Office of the Nassau County Attorney:

**John Carnevale**
**Liora M. Ben-Sorek**

As such, we respectfully request that the Court terminate their representation on the docket.

We appreciate the Court's time and attention toward this matter.

Respectfully submitted,

*Steven Dalton*
Steven Dalton, Esq.
Deputy County Attorney

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684